

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| EL PASO SPECIALTY HOSPITAL LTD., | § | |
| | § | No. 08-15-00282-CV |
| Appellant, | § | Appeal from the |
| v. | § | 448th District Court |
| MARIA GURROLA, INDIVIDUALLY AND ON BEHALF OF ALL | § | of El Paso County, Texas |
| WRONGFUL DEATH BENEFICIARIES, AND AS REPRESENTATIVE OF THE | § | (TC# 2014-DCV-3560) |
| ESTATE OF OSCAR GURROLA, DECEASED, | § | |
| Appellee. | | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the order.  We therefore affirm the judgment of the court below.  We further order that Appellee recover from Appellant and its sureties, if any, *see* TEX.R.APP.P. 43.5, on the judgment and all costs of this appeal, for which let execution issue.  This decision shall be certified below for observance.

IT IS SO ORDERED THIS 24TH DAY OF AUGUST, 2016.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.